UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 16-25347-CIV-MORENO

LA TELE PRODUCTIONS, INC.,

    Plaintiff,

vs.

TV AZTECA, COMAREX S.A. de CV,
AZTECA INTERNATIONAL CORP.,
AZTECA STATIONS LLC, and
INVESTMENT MEDIA GROUP, CORP.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Defendants' Renewed Motions for Sanctions (D.E. 150, 151). The Magistrate Judge filed a Report and Recommendation **(D.E. 190)** on **February 5, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation. The Court notes that no objections were filed and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendants' Renewed Motions for Sanctions are GRANTED as set forth in the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd of March 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record